# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| G. NEIL GARRETT, D.D.S., P.C., on behalf of plaintiff and the class members defined herein, | ) ) ) | 13-cv-8698 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Honorable Judge Gettleman |
| SMARTHEALTH, INC., and JOHN DOES 1-10, | ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

## STIPULATION TO DISMISS

      NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

      Respectfully submitted,

**PLAINTIFF**

G. NEIL GARRETT, D.D.S., P.C.

*/s/ Dulijaza Clark*

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603
(312) 739-4200

*Counsel for Plaintiff*

**DEFENDANT**

SMARTHEALTH, INC.

*/s/ Colleen E. Fielkow*

Allen C. Schlinsog, Jr.
Colleen E. Fielkow
**Reinhart Boerner Van Deuren s.c.**
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
aschlinsog@reinhartlaw.com
cfielkow@reinhartlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on September 29, 2014, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via the Court's CM/ECF system, on the following parties:

Allen C. Schlinsog, Jr.
Colleen E. Fielkow
**Reinhart Boerner Van Deuren s.c.**
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
aschlinsog@reinhartlaw.com
cfielkow@reinhartlaw.com

Bart Murphy
Thomas J. Hayes
**Ice Miller LLP**
2300 Cabot Drive, Suite 455
Lisle, IL 60532
Bart.murphy@icemiller.com
Thomas.hayes@icemiller.com

                                              /s/ -
                                              Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, 15th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)